

FILED by _____ D.C.
DKTG
MAY 0 5 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

MAY 2 2006
FILED
CLERK'S OFFICE

DOCKET NO. 1203

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### *IN RE DIET DRUGS (PHENTERMINE/FENFLURAMINE/ DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION*

*Therese Downes, etc. v. Wyeth, Inc., et al.,* S.D. Florida, C.A. No. 9:06-80137
*Ina Emerson v. Wyeth, et al.,* N.D. Mississippi, C.A. No. 2:06-21

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in these two actions (*Downes* and *Emerson*) on March 29, 2006. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in *Downes* and *Emerson* filed a notice of opposition to the proposed transfer. Plaintiffs subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-149" filed on March 29, 2006, is LIFTED insofar as it relates to these two actions, and thus the actions are transferred to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Harvey Bartle III.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888

http://www.jpml.uscourts.gov

May 2, 2006

Michael E. Kunz, Clerk
2609 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Re: MDL-1203 -- In re Diet Drugs (Phentermine/Fenfluramine/Dexfenfluramine) Products Liability Litigation

    *Therese Downes, etc. v. Wyeth, Inc., et al.,* S.D. Florida, C.A. No. 9:06-80137
    *Ina Emerson v. Wyeth, et al.,* N.D. Mississippi, C.A. No. 2:06-21

Dear Mr. Kunz:

A conditional transfer order was filed in the above matter on <u>March 29, 2006</u>. Prior to the expiration of that order's fifteen-day stay, opposition to the proposed transfer was filed and, pursuant to Rule 7.4(c) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435 (2001), the conditional transfer order was stayed until further order of the Panel. The opposition has now been withdrawn and I am therefore enclosing a certified copy and one additional copy of today's order lifting the stay of the conditional transfer order and transferring the action to your district pursuant to 28 U.S.C. § 1407. The order is directed to you for filing.

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

                                              Very truly,

                                              Michael J. Beck
                                              Clerk of the Panel

                                              By *[signature]*
                                                 Deputy Clerk

Enclosures

cc:     Transferee Judge:   Judge Harvey Bartle III
        Transferor Judges:  Judge W. Allen Pepper, Jr.; Judge Kenneth L. Ryskamp
        Transferor Clerks:  Arlen B. Coyle; Clarence Maddox

                                                                                      JPML Form 68A