## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

CLARENCE MADDOX
CLERK OF COURT



May 23, 2006

United States District Court
Eastern District of Pennsylvania
US District Courthouse
601 Market Street
Philadelphia, PA 19016-1797

RE:  MDL# MDL 1203 Diet Drugs
     Our Case #06-80137-Civ -Ryskamp

Dear Sir:

In compliance with the Conditional Order of Transfer, we are forwarding certified copy of the docket entries and a certified copy of the complaint and transfer Order.

Please acknowledge receipt of the above on the enclosed copy of this letter.

CLARENCE MADDOX
Clerk of Court

by: *[signature]*
    Patricia Alcalde
    Deputy Clerk

Encl.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CLARENCE MADDOX
CLERK OF COURT



May 23, 2006

United States District Court
Eastern District of Pennsylvania
US District Courthouse
601 Market Street
Philadelphia, PA 19016-1797

RE: MDL# MDL 1203 Diet Drugs
    Our Case #06-80137-Civ -Ryskamp

Dear Sir:

In compliance with the Conditional Order of Transfer, we are forwarding herewith the court file together with certified copies of the docket sheet and transfer Order.

Please acknowledge receipt of the above on the enclosed copy of this letter.

CLARENCE MADDOX
Clerk of Court

by: *Patricia Alcalde*

Patricia Alcalde
Deputy Clerk

Encl.

```
CLERK'S ACKNOWLEDGMENT OF RECEIPT

                    COMPLAINT
Receipt of: 1) ~~Court file~~
            2) Certified copy of
               Transfer Order
            3) Certified copy of
               Docket sheet

is hereby acknowledged.  This case
has been assigned our case number:

_____

by: _____, Deputy Clerk

on: _____
```